GEORGE E. GIBSON COMPANY, Appellant, *v.* THE CITY OF NEW YORK et al., Respondents.

(Submitted December 14, 1932; decided January 10, 1933.)

*Henry A. Blumenthal* for appellant.

*Arthur J. W. Hilly,* Corporation Counsel (*J. Joseph Lilly, Milton I. Hauser, Mathew J. Troy* and *Joseph L. Pascal* of counsel), for respondents.

Appeal dismissed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.